**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SONNY HENRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No. 26-cv-444-SMY** |
| | ) |
| **JULIA FOWLER, LORI FOWLER,** | ) |
| **THE UPS LLC, and JASON HENRY,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>MEMORANDUM AND ORDER</u>

**YANDLE, Chief District Judge:**

Plaintiff Sonny Henry filed this pro se action against Defendants Julia Fowler, Lori Fowler, the UPS LLC, and Jason Henry, alleging fraud, civil conspiracy, unjust enrichment, and business interference (Doc. 1). Now pending before the Court is Henry's Motion for Service by United States Marshal Service (Doc. 2).

Under Federal Rule of Civil Procedure 4(c), "plaintiff is responsible for having the summons and complaint served . . . ." Fed. R. Civ. P. 4(c)(1). Rule 4(c) further provides that the plaintiff may request service by the United States Marshal Service ("USMS") and that such service must be ordered if plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. Fed.R.Civ.P. 4(c)(3).

Here, Henry has paid the filing fee and is not proceeding *in forma pauperis*. Therefore, the Court is not required but has the discretion to order service by the USMS at the expense of the Court. *See Koger v. Bryan*, 523 F.3d 789, 803 (7th Cir. 2008). Henry offers no reason why he cannot afford or otherwise effect service upon Defendants through the procedures provided in Rule 4. Therefore, the motion is **DENIED**. The denial is without prejudice; Henry may file a renewed

motion providing additional information as to why he believes the Court should pay for service by the USMS.

**IT IS SO ORDERED.**

**DATED: May 12, 2026**

**STACI M. YANDLE**
**Chief United States District Judge**